IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES OWEN, #K83253,<br><br>       Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC., *et al.*,<br><br>       Defendants. | Case No. 17-cv-01387-SPM |

# JUDGMENT IN A CIVIL ACTION

**MCGLYNN, District Judge:**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Second Amended Complaint filed on December 21, 2018 (Doc. 19), Defendant Phillips was terminated as a defendant.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order of June 5, 2019 (Doc. 20), Defendants Nicholas Lamb, John Doe 1, John Doe 2, Schoon, Strubhart, and McCaslin were **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order of July 9, 2020 (Doc. 73), Defendant Lori Jackman, William McFarland, and Julia Petty were **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order of September 26, 2022 (Doc. 125), summary judgment was entered in favor of Defendants Wexford Health Sources, Inc., Lori Cunningham Shinkle, John Coe, and Dee Dee Brookhart. This entire action is **DISMISSED with prejudice.**

**DATED: September 26, 2022**

                                      **MONICA A. STUMP,**
                                      **Clerk of Court**

                                      **By: s/ Tanya Kelley**
                                          **Deputy Clerk**


**APPROVED: s/ STEPHEN P. MCGLYNN**
                 **STEPHEN P. MCGLYNN**
                 **United States District Judge**