# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEFING ORDER

February 2, 2023

|  | JAMES OWENS,<br>　　　　　　Plaintiff - Appellant |
|---|---|
| No. 22-2882 | v. |
|  | WEXFORD HEALTH SOURCES, INC., et al.,<br>　　　　　　Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:17-cv-01387-SPM<br>Southern District of Illinois<br>District Judge Stephen P. McGlynn | |

The District Court **GRANTED** the pro se appellant leave to proceed on appeal in forma pauperis and has now received payment of the initial partial filing fee.

**IT IS ORDERED** that briefing will proceed as follows:

1. The Appellant's brief of James Owens will be due by March 6, 2023.
2. The Appellee's brief of Dee Dee Brookhart, John Coe, Lori C. Shinkle, and Wexford Health Sources, Inc. will be due by April 3, 2023.
3. The Appellant's reply brief of James Owens, if any, will be due by April 24, 2023.

**IT IS FURTHER ORDERED** that the district court collect the remainder of the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b). <u>Newlin v. Helman</u>, 123 F.3d 429, 433 (7th Cir. 1997).

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).